EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                        | 2019 TSPR 234    |
|                               |                  |
| Enrique J. Prieto González    | 203 DPR _____    |

Número del Caso:  TS-16,518


Fecha:  12 de diciembre de 2019


Abogado del peticionario:

     Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enrique J. Prieto González                TS-16,518


RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de diciembre de 2019.

Evaluada la "Segunda moción solicitando reinstalación al ejercicio de la abogacía conforme la Regla 14(s) del Reglamento del Tribunal Supremo de Puerto Rico" presentada por el Sr. Enrique Prieto González, se provee con lugar y se le reinstala solamente al ejercicio de la abogacía. La reinstalación no incluye al ejercicio de la notaría.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo no intervino.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina